IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v. CRIMINAL NO. 2:25-00036

DESIREE NICOLE LEWIS

**MEMORANDUM OPINION AND ORDER**

Pending before the court is the motion of defendant to continue the trial and all case related deadlines in this matter. (ECF No. 20.) In support of defendant's motion, counsel for defendant explains that extensive and necessary investigation is ongoing into this matter, including locating and interviewing out-of-state witnesses, requesting out-of-state records, and retaining at least one expert to examine and opine on the physical evidence. The government does not object to a continuance.

Because failure to grant the requested continuance would likely result in a miscarriage of justice, the court finds that the ends of justice outweigh the interest of the defendant and the public in a speedy trial, see 18 U.S.C. § 3161(h)(7)(A), and **GRANTS** defendant's motion to continue. In deciding to grant defendant's motion, the court considered the factors outlined in 18 U.S.C. § 3161(h)(7)(B) and finds that denying the motion "would deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the

exercise of due diligence." Id. § 3161(h)(7)(B)(iv).

Accordingly, the court hereby **ORDERS** as follows:

1. The deadline for the filing of pretrial motions is continued to February 4, 2027;
2. The Pretrial Motions Hearing is continued to February 17, 2027, at 11:00 a.m., in Charleston.
3. Jury Instructions and Proposed Voir Dire are due by March 2, 2027;
4. Trial of this action is continued to March 9, 2027, at 9:30 a.m., in Charleston; and
5. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time from the filing of the motion until the trial is excludable for purposes of the Speedy Trial Act.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to all counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

**IT IS SO ORDERED** this 29th day of October, 2026.

ENTER:

David A. Faber

David A. Faber
Senior United States District Judge